IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 7:21-CR-00041-001(HL) |
| **JARON COLEMAN** | |

## ORDER

On September 29, 2022, Defendant Jaron Coleman pled guilty to a one-count Indictment charging Unauthorized Discharge of Oil into the Waters of the United States, in violation of 33 U.S.C. §§ 1319(c)(2)(A) and 1321(b)(3). The U.S. Probation Office prepared a Presentence Investigation Report in advance of Defendant's sentencing hearing. On April 26, 2023, the Court committed Defendant to the Federal Bureau of Prisons for a period of time served, followed by a one-year term of supervised release with the mandatory, standard, and special conditions noted in the Presentence Investigation Report and the Court's Standing Order 2017-02.

For good and sufficient cause shown, the Court ORDERS Defendant's term of supervised release be modified to REMOVE the following special condition of supervision:

"You must not engage in an occupation, business, or profession that would require or enable you to possess or transport hazardous materials as defined by the U.S. Department of Transportation."

SO ORDERED this 10 day of May, 2023.

HUGH LAWSON
SENIOR U.S. DISTRICT JUDGE

Prepared by: MJS