# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Jaron Coleman | **Repayment Agreement and Order** | No: 7:21-CR-00041-001 |

On April 26, 2023, Jaron Coleman was sentenced to Time Served imprisonment followed by a 12 month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Coleman. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on April 26, 2023, I have been ordered to pay a total fine of $5,000.00 and a special assessment of $100.00.

2. On April 26, 2023, I began my service of 12 months of supervised release. The mandatory assessment has not been satisfied. The current balance of my fine is $5,100.00.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 23rd day of June, 2023, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $500.00 per month during the term of supervision.

_____          7-10-2023
Jaron Coleman                            Date

_____          7-10-2023
Clayton B. Hester, U.S. Probation Officer   Date

_____          07/11/2023
Assistant U.S. Attorney                  Date

---

**THE COURT ORDERS:**

XX Approval   ☐ Disapproval

s/Hugh Lawson
_____
Hugh Lawson
Senior U.S. District Judge

7/11/2023
_____
Date